**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

DANIEL THORNBURG,

    Defendant.

Case No.: 2:20-mj-00278-VCF

**AMENDED ORDER FOR ISSUANCE OF WRIT OF HABEAS CORPUS AD PROSEQUENDUM FOR DANIEL THORNBURG (ID# 1037370)**

Upon reading the petition of the United States Attorney for the District of Nevada, and good cause appearing therefore,

IT IS HEREBY ORDERED that a Writ of Habeas Corpus Ad Prosequendum issue out of this Court, directing the production of the body of the said DANIEL THORNBURG before the United States District Court at Las Vegas, Nevada, on or about August 25, 2020, at the hour of 2:30 p.m. for initial appearance and any further proceedings and from time to time and day to day thereafter until excused by the said Court.

DATED: August 10, 2020

_____
HON. CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE

NICHOLAS A. TRUTANICH
United States Attorney
District of Nevada
Nevada Bar Number 13644
ALLISON REESE
Assistant United States Attorney
Nevada Bar Number 13977
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336 / Fax: (702) 388-5087
Allison.Reese@usdoj.gov
*Representing the United States of America*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**
-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  vs.<br><br>DANIEL THORNBURG,<br><br>  Defendant. | Case No.:  2:20-mj-00278-VCF<br><br>**AMENDED PETITION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM FOR DANIEL THORNBURG (ID# 1037370)** |

The petition of the United States Attorney for the District of Nevada respectfully shows that DANIEL THORNBURG, is committed by due process of law in the custody of the Warden, High Desert State Prison, Indian Springs, Nevada, that it is necessary that the said DANIEL THORNBURG be temporarily released under a Writ of Habeas Corpus Ad Prosequendum so that the said DANIEL THORNBURG may be present before the United States District Court for the District of Nevada, Las Vegas, Nevada, on August 25, 2020, at the hour of 2:30 p.m., for initial appearance and from time to time and day to day thereafter until excused by the said Court.

That the presence of the said DANIEL THORNBURG before the United States District Court on or about August 25, 2020, at the hour of 2:30 p.m., for initial appearance

and from time to time and day to day thereafter until excused by the Court has been ordered by the United States Magistrate or District Judge for the District of Nevada.

WHEREFORE, petitioner respectfully prays that a Writ of Habeas Corpus Ad Prosequendum issue out of this Court, directed to the Warden, High Desert State Prison, Indian Springs, Nevada, and to the United States Marshal for the District of Nevada, commanding them to produce the said DANIEL THORNBURG before the United States District Court on or about August 25, 2020, at the hour of 2:30 p.m., for initial appearance and from time to time and day to day thereafter, at such times and places as may be ordered and directed by the Court entitled above, to appear before the Court, and when excused by the said Court, to be returned to the custody of the Warden, High Desert State Prison, Indian Springs, Nevada.

Dated: August 10, 2020

Respectfully Submitted,

NICHOLAS A. TRUTANICH
United States Attorney

/s/ Allison Reese

ALLISON REESE
Assistant United States Attorney