RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
REBECCA A. LEVY
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Rebecca_Levy@fd.org

Attorney for Daniel G. Thornburg

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:20-cr-00233-JCM-VCF |
| Plaintiff, | **STIPULATION TO CONTINUE SENTENCING HEARING** |
| v. | (Second Request) |
| DANIEL G. THORNBURG, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Jason M. Frierson, United States Attorney, and Allison Reese, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Rebecca A. Levy, Assistant Federal Public Defender, counsel for Daniel G. Thornburg, that the Sentencing Hearing currently scheduled on September 28, 2022 at 11:00 a.m., be vacated and continued to a date and time convenient to the Court, but no earlier than forty-five (45) days.

The Stipulation is entered into for the following reasons:

1. Counsel for defendant will be out of the district on September 28, 2022 and defense counsel needs more time to prepare for sentencing.

2. The defendant is incarcerated and does not object to the continuance.

/ / /

1         3.     The parties agree to the continuance.

2         This is the second stipulation to continue filed herein.

3         DATED this 20th day of September, 2022.

| RENE L. VALLADARES | JASON M. FRIERSON |
|---|---|
| Federal Public Defender | United States Attorney |
|   |   |
| */s/ Rebecca A. Levy* | */s/ Allison Reese* |
| By_____ | By_____ |
| REBECCA A. LEVY | ALLISON REESE |
| Assistant Federal Public Defender | Assistant United States Attorney |

2

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>DANIEL G. THORNBURG,<br><br>　　　　Defendant. | Case No. 2:20-cr-00233-JCM-VCF<br><br>**ORDER** |

IT IS ORDERED that the sentencing hearing currently scheduled for Wednesday, September 28, 2022 at 11:00 a.m., be vacated and continued to **November 16, 2022, at 10:00 a.m.**

DATED September 21, 2022.

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

3