RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
REBECCA A. LEVY
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Rebecca_Levy@fd.org

Attorney for Daniel G. Thornburg

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:20-cr-00233-JCM-VCF |
| Plaintiff, | **STIPULATION TO CONTINUE SENTENCING HEARING** |
| v. | (Third Request) |
| DANIEL G. THORNBURG, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Jason M. Frierson, United States Attorney, and Allison Reese, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Rebecca A. Levy, Assistant Federal Public Defender, counsel for Daniel G. Thornburg, that the Sentencing Hearing currently scheduled on November 16, 2022 at 10:00 a.m., be vacated and continued to a date and time convenient to the Court, but no earlier than thirty (30) days.

The Stipulation is entered into for the following reasons:

1. Counsel for defendant a debrief on another case during the currently scheduled sentencing hearing and needs additional time to prepare for sentencing. Additionally, defense counsel will be out of the district from January 1-9, 2023.

2. The defendant is incarcerated and does not object to the continuance.

3.      The parties agree to the continuance.

This is the third stipulation to continue filed herein.

DATED this 7th day of November 2022.

| RENE L. VALLADARES<br>Federal Public Defender | JASON M. FRIERSON<br>United States Attorney |
|---|---|
| */s/ Rebecca A. Levy*<br>By_____<br>REBECCA A. LEVY<br>Assistant Federal Public Defender | */s/ Allison Reese*<br>By_____<br>ALLISON REESE<br>Assistant United States Attorney |

2

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DANIEL G. THORNBURG,<br><br>Defendant. | Case No. 2:20-cr-00233-JCM-VCF<br><br>**ORDER** |

IT IS ORDERED that the sentencing hearing currently scheduled for Wednesday, November 16, 2022 at 10:00 a.m., be vacated and continued to **January 13, 2023, at 10:30 a.m.**

DATED November 9, 2022.

_____
UNITED STATES DISTRICT JUDGE

3